UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

human

      v.                                    Civil No. 13-cv-547-LM

State of New Hampshire

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 16, 2014.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will

     SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

Date: November 10, 2014

cc:  human, pro se